**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 4:20CR00183 JAR |
| v. | ) | |
| | ) | |
| DWIGHT LESUEUR, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Comes now, John C. Schleiffarth, counsel for Defendant Dwight Lesueur, and respectfully submits this Sentencing Memorandum in the above captioned matter which is set for a sentencing hearing on February 14, 2023 at 2:30pm. For the reasons set forth below, the Defendant requests this Honorable Court to grant a downward variance and sentence defendant to a term of 24 months probation.

Defendant Dwight Lesueur (hereinafter "Lesueur") pled guilty to one count of a seven-count Indictment. Count 2, to which he pled guilty, charged Making a False Statement to a Licensed Firearms Dealer, in violation of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2). This plea was made pursuant to a plea agreement with the Government. The parties have agreed to make a joint recommendation of probation at the time of sentencing. Guideline calculation according to the Presentence Investigation Report (PSR) is a level 13, with a criminal history category of I, and a guideline imprisonment range of 12 months to 18 months.

In this memorandum Defense Counsel is providing the Court with additional information based upon 18 U.S.C. § 3553(a) and urging the court to grant a downward variance and sentence the defendant to a term of 24 months probation.

**Factual Background**

According to St. Louis, Missouri Metropolitan Police Department (SLMPD) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) records, on May 28, 2019, Dwight Lesueur made false statements to a federally licensed firearms dealer.

On June 18, 2019, officers with the SLMPD discovered a Del-Ton Inc. 5.56 caliber pistol in a vehicle being operated by Davion Johnson. ATF records indicated the firearm was purchased by Dwight Lesueur on May 28, 2019, from Kevin's Guns in St. Charles, Missouri. Lesueur indicated on question 11a. of the ATF Form 4473 that he was the actual transferee/buyer of the firearm and not acquiring the firearm on behalf of another person.

On September 12, 2019, officers with the SLMPD interviewed Lesueur regarding his firearm purchases. Lesueur admitted to "signing over" two pistols to Montrez Heart and an individual he knew as Nico for "a couple bucks." Lesueur reported he, Montrez Heart and Nico drove to Kevin's Guns together where they told him which firearms to purchase. He admitted he would not have purchased the firearms otherwise.

On October 4, 2019, officers on patrol attempted to conduct a traffic stop; however, the driver of the vehicle, later identified as Montrez Heart, failed to stop. Following a high-speed pursuit, subsequent accident and foot pursuit, Montrez Heart and passenger, Antoine Womack, were taken into custody. A search of the vehicle revealed a firearm loaded with 28 rounds of ammunition in the extended magazine and 1 round of ammunition in the chamber.

ATF records indicated the firearm was purchased by Dwight Lesueur on August 30, 2019, from The Ammo Planet in Kirksville, Missouri. Lesueur indicated on question 11a. of the ATF Form 4473 that he was the actual transferee/buyer of the firearm and not acquiring the firearm on behalf of another person.

On January 8, 2020, officers on patrol conducted a traffic stop of a vehicle being operated by Tamiko Carter. A search of the vehicle revealed suspected marijuana and a firearm containing a fully loaded extended magazine and 1 round of ammunition in the chamber. ATF records indicated the firearm was purchased by Dwight Lesueur on June 2, 2019, from JUB Arms located in Troy, Missouri. Lesueur indicated on question 11a. of the ATF Form 4473 that he was the actual transferee/buyer of the firearm and not acquiring the firearm on behalf of another person.

Lesueur was fully cooperative with investigators. When questioned, he invited the agents inside and answered their questions truthfully. According to the government, Lesueur is solely culpable for the instant offense. Dwight Lesueur was arrested by the United States Marshals Service in St. Louis, Missouri on September 15, 2021. State charges were not filed.

**18 U.S.C. § 3553(a) Factors**

**1.     Nature of the Offense and History/Characteristics of the Defendant**

18 U.S.C. § 3553(1)(1) requires this Court to impose a sentence sufficient, but not greater than necessary, to comply with several purposes which this memorandum will address. First and foremost, the Court must consider the nature and circumstances of the offense along with the history and characteristics of the defendant. Lesueur committed a serious offense by making a false statement on an ATF form, and thereby helping to put a gun in the hands of someone who

could not legally buy a firearm. Lesueur's offense was non-violent. His offense was not sophisticated. He acted at the encouragement of bad friends. He understands that his actions were wrong and that they carry serious consequences. He has since cut all ties with the friend group he had at the time. He has a supportive girlfriend who has been a good influence. His father is also a good influence. His general nature is one of a law-abiding citizen. Lesueur acted out of character in committing this offense.

Dwight Lesueur was born on October 19, 1997, in St. Louis, Missouri. Lesueur was born to Dwight Lesueur Sr. (age 54) and Tamika Cook nee Jackson (age 48) who never married. Dwight Lesueur has five maternal half siblings, Teresa Hillard, Meka Cook, Alexia Miller, Glenda Cook and Alex Miller and two paternal half siblings, Laneisha Lesueur and Andrew Lesueur. Lesueur grew up in St. Louis, Missouri where he was raised by his mother and father until they separated when he was in grade school. Lesueur's childhood was "problematic". He reported his father owned a construction company; however, the family lived in a poor neighborhood where he witnessed drug and gang activity. The family struggled financially and experienced disconnected utilities at various times.

After his parent's separation, Lesueur moved in with his father due to his mother's parenting style. He was hit by his mother with objects including belts and broom sticks which often left welts. Lesueur also experienced emotional abuse. Lesueur reported his teachers observed the marks but never intervened or "hot lined" his family. In spite of his difficult upringing, Lesueur has avoided gangs and hard drugs.

Lesueur's father is employed as a custodian in St. Louis, Missouri. Lesueur's mother is employed in the healthcare field in St. Louis, Missouri. Lesueur shares a "good" relationship with both of his parents. He is closest to his father, and spends more time with his father.

Lesueur and Antonesha Shumpert (age 23) share one child, Malaysia Shumpert (age seven). Lesueur has been in a relationship with Tyrissa Walls (age 23) since approximately 2015. They do not share any children together. Tyrissa Walls currently resides in St. Louis, Missouri and is employed in the healthcare field.

Lesueur reported being diagnosed with ADD or ADHD in school. He denied ever being prescribed medication. He struggled with behavior issues in grade school and sought treatment from the school counselor. While in high school, Lesueur experienced suicidal thoughts but never attempted suicide. He is currently receiving treatment at Risse Counseling.

Lesueur has lived in the St. Louis, Missouri area his entire life. Prior to his arrest, Lesueur was living at 2912 Caddiefield Road, St. Louis, Missouri with his girlfriend. They have since moved to 415 Blase Avenue, Apartment A, St. Louis, Missouri. Lesueur described the home as a one bedroom, one bathroom apartment.

Lesueur reported he first tried alcohol at age 14. He stated he "rarely" drinks but did consume alcohol in approximately November of 2022. Lesueur first tried marijuana at age 14 and used on a daily basis until his arrest. Lesueur reported he tried ecstasy one time at age 20. He has no other substance abuse history. He has struggled to control his marijuana use while on pre-trial release. He has discussed the matter with counsel and is committed to staying clean from marijuana use. Lesueur may benefit from mental health counseling.

Lesueur graduated from Sumner High School in St. Louis, Missouri in 2017. He reported having an individualized education program (IEP) for a possible development delay. Lesueur attended Lambda School, now known as Bloom Institute of Technology, which is an online coding program, in approximately 2020 where he reportedly obtained a network

engineering certificate and coding certificate. He is currently employed by FedEx Ground in Overland, Missouri. Lesueur has a negative net worth. He respectfully asks the court that the imposition of a fine be waived.

Lesueur currently sees a counselor weekly and may benefit from participating in mental health treatment during any period of incarceration or while on supervision. He has no history of substance abuse. Lesueur has used marijuana in the past to self-medicate. Lesueur is currently receiving mental health counseling through Risse Counseling. Lesueur deeply regrets his actions and hopes that the Court will give him an opportunity to move forward without incarceration.

**2.      The Imposed Sentence Should Accomplish the Proper Goals**

18 U.S.C. § 3553(a)(2) considers the need for the sentence imposed to

(A)     reflect the seriousness of the offense, promote respect for the law, and just punishment for the offense;

(B)     afford adequate deterrence to criminal conduct;

(C)     protect the public from further crimes of the defendant; and

(D)     provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner.

A sentence to 24 months probation would reflect the seriousness of this offense, while still allowing Lesueur to work, pursue advancement in his career, and move on from the bad choices he made in the past. Lesueur has accepted responsibility for his crime and is deeply remorseful. He was fully cooperative with agents during their investigation. He has learned an extremely important life lesson both about obeying the law and about avoiding bad friends.

Lesueur realizes that he could be sentenced to a term of incarceration. He asks that the Court exercise leniency in his particular circumstances. Lesueur's offense was non-violent, he was fully cooperative, he grew up in difficult circumstances, and has left behind the bad friends

with whom he formerly associated. Lesueur is a kind and mild-mannered man who has zero criminal history.

A sentence of probation will be a deterrent to Lesueur. It will also protect the community. He will feel the weight of justice while under supervision and his probation will reinforce the changes he has been making in his life.

The goals of justice in a nonviolent offense such as Lesueur's should be more corrective in focus than punitive. The aim should ideally be to improve the offender's conduct such that it is not repeated- but to do so in such a manner that the offender is allowed to continue his growth along a stable and law-abiding path without unnecessary or excessive disruption. The public will be best protected by allowing Lesueur a positive path forward in life that will keep him separate from prison. Further, Lesueur may receive assistance while under supervision for the treatable mental health difficulties with which he struggles as well as support in staying clean from marijuana use.

**Conclusion**

Lesueur is not a hardened criminal in need of incarceration. He is a good and decent young man who spent time with a bad group of friends. Their influence drew him into this crime. Although he takes responsibility for his actions, he also recognizes the role that his peers played and has determined to avoid such instances in the future. He has cut off all contact with those former friends. He has turned to the positive influences in his life. These include both his girlfriend and his father. Lesueur is determined to follow the law. He will also continue counseling and get the mental health support that he needs. As sentence to a term of probation is sufficient in this case. Such as sentence would more than satisfy all of the factors addressed by

the legislature in 18 § 3553(a). The Defendant, Dwight Lesueur, respectfully requests this

Honorable Court to grant a downward variance and sentence him to 24 months probation.

Respectfully Submitted,

JOHN C. SCHLEIFFARTH, P.C.

/s/ John C. Schleiffarth
John C. Schleiffarth, #63222MO
75 w. Lockwood Ave, Ste 250
St. Louis, MO 63119
T: (314) 561-9690
F: (314) 961-5020
E: John@jcsattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system or by email upon all parties including Assistant United States Attorney Anthony Franks.

*/s/ John C. Schleiffarth*
John C. Schleiffarth