Case: 4:20-cr-00183-JAR    Doc. #: 59    Filed: 02/13/23    Page: 1 of 1 PageID #: 163



John Schleiffarth <john@jcsattorney.com>

## Fwd: letter of character

**D LeSueur22** <dwightc.lesueur@gmail.com>                    Mon, Feb 13, 2023 at 6:50 PM
To: John Schleiffarth <john@jcsattorney.com>

---------- Forwarded message ---------
From: **Dwight LeSueur** <dlesueur@betterfamilylife.org>
Date: Mon, Feb 13, 2023, 4:33 PM
Subject: letter of character
To: dwightc.lesueur@gmail.com <dwightc.lesueur@gmail.com>

To whom it may concern; My son Dwight is a very good kid. I am so proud to call him my son as i am proud of all my kids. He is one of the ones that is almost identical to me. He is kind ,loving, peaceful and stays out of trouble. As a young man in his teens he loved to play video games and jumping from building to building or in our case roof to roof. He really loved climbing trees and making sure that his parents didn't worry about him because he made sure we knew where he was most of the times. He was a kid who respected adults and always wanted to learn more about things. He has a interest in construction to my knowledge and is always tiring to learn something different. He always came to me discussing the ends and outs of some of the projects he did and was excited to let me see some of them. I was very proud to know he listened to me and followed in my footsteps. Some projects i thought were a little much but he did them and in most cases finished them. He was determined  to finish even though the pay was not good or the owner didn't have money to finish the job. He always waited and contacted the person and made it known he wanted to continue the job. That to me shows he's determined and focused. Like all kids he was befriended by some characters that a parent didn't like but Dwight always insured me that even thought these are his friend he's gonna do anything stupid and I trusted that because I never gotten him out of jail or got a call from him being in jail. He is a loaner or a by yourself person and he enjoys the alone type style. I have never had a problem with him and still haven't had a problem. He is not a problem child. He, like anyone, learns from their mistake and build on them. He has the abilities to make good choices and fix bad ones. I have all the confidence in the world that my son Dwight AWC LeSueur is and will always be a great example of a great kid and now a great adult. I know he has learned the value of freedom. I know he has learned the value of doing the right thing. I'm sure he is equipped to handle life and its problems that occur. He keeps a job and wants to be a great father to his daughter. He loves that little girl and i see that she loves her dad. He is so patient with her and attentive. She gives him life and vise versa. She and his girlfriend are very important to my son. They all help him be grounded and focused. Given the opportunity my son can and will have his own business.  He has shown great intent in being a small businessperson and entrepreneur. I ask the courts not to condemn this young man but to trust him and know that he is and will be great and not a problem to society.   I love you my son and keep up the good work.