Alexia D. Miller

February 12, 2023

Character Witness Statement

Your Honor,

I, Alexia Miller, am submitting this character witness statement on behalf of my youngest brother, Dwight C. LeSueur. As his sister, I was made aware of the troubles he has gotten into and kept up to date on related matters. I am also aware, perhaps more than most, that there's more to him than the mistakes of his past. I urge you to please consider other aspects of his character, his adherence to the law since said trouble occurred, the potential impact on his future should he receive harsh punishment(s), and his lack of previous offenses.

Dwight's self-accountability in the current situation, regardless of his initial negligence with the law and thus, the consequences thereafter, is an admirable thing. For me, more so considering our kinship and having watched him in his much less mature stages of life. I am proud that he has been able to admit his wrongdoings—that he is capable of owning up to his mistakes, which many men even in today's world do not.

That said, Dwight has adhered to the restrictions and requirements set upon him. He has been diligent in his program and stayed clear of temptation to do the wrong thing. He has even gotten engaged to his long-time girlfriend, Tyrissa Wells, who has been a wonderful influence on his behavior aside from the swift kick he received by the court of law. I have faith that he will continue to do the right thing, if given another chance. The consequences of his current blunders

should offer a roadmap by which he can walk the right path, rather than teach him that he is not worthy of second chances. An opportunity now provided by your court.

I ask you to keep in mind that this is a young man, and father, of many great qualities. Be it his willingness to try new things or be a listening ear, his compassion for others, or his witty albeit sarcastic sense of humor, he is more than the guy who messed up. This is his first offense, but he will carry this with him for the rest of his life. To whatever extent he is punished moving forward, it will also impact his ability to continue being a present and wonderful father, a fiancé and future husband, brother as well as friend.

Thank you.

Alexia D. Miller

Alexia D. Miller