I, Tyrissa Walls am writing this statement on behalf of Dwight LeSueur.

I met Dwight LeSueur at Sumner High School, he was nice and one of the first to talk to me after transitioning to the school a little after it started. A little after we started dating (October 9,2014) he informed me that someone was pregnant that he had relations with (Antonesha Shumpert). Dwight has seen Malaysia (his daughter) when he's able to (if she's with other family or has something else to do). Dwight would also watch his nieces and nephews, they would stay the night and they enjoy their time together playing games, talking, goofing round, making dinner and/or breakfast for them.  When Dwight lived with his mom, he would also help his mom take care of his sister Mika who is special needs. Dwight would work with his dad doing construction jobs like laying down flooring, painting houses, etc. Dwight and I have lived together for about two years and he has done a coding course that allowed him to gain his certification in. The Dwight I know is someone who helps older people with their groceries, taking out their trash, mowing their lawn. He would feed stray animals if he had the money to do so. He helps his daughter with her speech and do work with her that will help her get on track in school with counting, colors, spelling, reading, etc. He would also take her to parks and other places like trampoline parks, movies, paint her nails so she can be the kid he didn't get to be. Dwight is a good man he goofy, takes walks, and would exercise for fun, while also taking care of people who need and/or needs him.